IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| LYNNE RENAE AUGUSTINE-BRITTON, | ) | 17-27981 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on October 25, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                                          BY:/s/ Gina B. Krol
                                                                      Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-27981<br>Northern District of Illinois<br>Chicago<br>Thu Oct 25 14:48:51 CDT 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| CAP1/Bstby<br>Attn: Bankruptcy Dept.<br>26525 N Riverwoods Blvd<br>Mettawa,IL 60045-3440 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Capitalone<br>Attn: Bankruptcy Dept.<br>15000 Capital One Dr<br>Richmond,VA 23238-1119 | CarMax Auto Finance<br>Bankruptcy Department<br>PO Box 440609<br>Kennesaw,GA 30160-9511 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Central Dupage Foot & Ankle Specialists PC<br>PO BOX 14687<br>Scottsdale,AZ 85267-4687 | Citibank<br>Bankruptcy Department<br>PO Box 6000<br>The Lakes,NV 89163-6000 | Clinton Calcanas<br>4325 Bayhead Ct<br>3C<br>Aurora,IL 60504-5086 |
| Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta,GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen,TX 75013-2002 | Kohls/Capone<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls,WI 53051-7096 |
| KohlsCapone<br>N56 W. 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-7096 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick BANK CORP<br>Attn: Bankruptcy Dept.<br>Po Box 9201<br>Old Bethpage,NY 11804-9001 |
| Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Syncb/CAR CARE DISC TI<br>Attn: Bankruptcy Dept.<br>Po Box 965036<br>Orlando,FL 32896-5036 | Syncb/CARE CREDIT<br>Attn: Bankruptcy Dept.<br>950 Forrer Blvd<br>Kettering,OH 45420-1469 |
| Syncb/Car Care Disc TI<br>PO. Box 965036<br>Orlando, FL 32896-5036 | Syncb/JCP<br>Attn: Bankruptcy Dept.<br>Po Box 965007<br>Orlando,FL 32896-5007 | Synchrony BANK<br>C/O Cavalry Portfolio SERV<br>Po Box 27288<br>Tempe,AZ 85285-7288 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD BANK USA/Targetcred<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis,MN 55440-0673 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |

Lynn Renae Augustine-Britton
4325 Bayhead Ct
APT# 3C
Aurora, IL 60504-5086

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Scott Greenwood
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603-5920

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U S BANK
Attn: Bankruptcy Dept.
Po Box 108
Saint Louis,MO 63166

(d)U.S Bank
P.O. Box 108
Saint Louis, MO 63166

(d)U.S. Bank National Association
Bankruptcy Department
PO Box 108
St Louis, MO 63166-0108

(d)US BANK Hogan LOC
Attn: Bankruptcy Dept.
Po Box 5227
Cincinnati,OH 45201

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32

Case 17-27981 Doc 28 Filed 10/25/18 Entered 10/25/18 14:53:36 Desc Main
Document Page 3 of 8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
§
AUGUSTINE-BRITTON, LYNN RENAE § Case No. 17-27981 JSB
§
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 11/30/2018 in Courtroom 230,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/25/2018     By: Gina B. Krol
                                                                                                                                               Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In Re: §
§
AUGUSTINE-BRITTON, LYNN RENAE § Case No. 17-27981 JSB
§
Debtor §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 26,653.05 |
| and approved disbursements of | $ | 89.15 |
| leaving a balance on hand of[1] | $ | 26,563.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 2,432.08 | $ 0.00 | $ 2,432.08 |
| Trustee Expenses: GINA B. KROL | $ 14.52 | $ 0.00 | $ 14.52 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,446.60 |
| Remaining Balance | | $ | 24,117.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,053.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank, USA by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ 1,002.74 | $ 0.00 | $ 1,002.74 |
| 000002 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | $ 800.64 | $ 0.00 | $ 800.64 |
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 2,116.60 | $ 0.00 | $ 2,116.60 |
| 000004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 752.30 | $ 0.00 | $ 752.30 |
| 000005 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 2,409.25 | $ 0.00 | $ 2,409.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | $ 853.78 | $ 0.00 | $ 853.78 |
| 000007 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St Louis, MO 63166-0108 | $ 1,001.25 | $ 0.00 | $ 1,001.25 |
| 000008 | Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 1,019.97 | $ 0.00 | $ 1,019.97 |
| 000009 | Central Dupage Foot & Ankle Specialists PC<br>PO BOX 14687<br>Scottsdale, AZ 85267 | $ 120.00 | $ 0.00 | $ 120.00 |
| 000012 | Syncb/Car Care Disc TI<br>PO. Box 965036<br>Orlando, FL 32896 | $ 1,814.00 | $ 0.00 | $ 1,814.00 |
| 000013 | U.S Bank<br>P.O. Box 108<br>Saint Louis, MO 63166 | $ 819.00 | $ 0.00 | $ 819.00 |
| 000014 | U.S Bank<br>P.O. Box 108<br>Saint Louis, MO 63166 | $ 1,344.00 | $ 0.00 | $ 1,344.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 14,053.53 |
| | Remaining Balance | | | $ 10,063.77 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 1.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 234.74 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,829.03 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.