# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: § | |
| § | |
| AUGUSTINE-BRITTON, LYNN RENAE § | Case No. 17-27981 JSB |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,800.00 *(Without deducting any secured claims)* | Assets Exempt: 7,240.00 |
| Total Distributions to Claimants: 14,288.27 | Claims Discharged Without Payment: 2,976.00 |
| Total Expenses of Administration: 2,535.75 | |

3) Total gross receipts of $ 26,653.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,829.03  (see **Exhibit 2**), yielded net receipts of $ 16,824.02  from the liquidation of the property of the estate, which was distributed as follows:

Document      Page 2 of 14

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,535.75 | 2,535.75 | 2,535.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 17,029.53 | 17,029.53 | 14,288.27 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 19,565.28 | $ 19,565.28 | $ 16,824.02 |

   4)  This case was originally filed under chapter 7 on  09/19/2017 .  The case was pending for 19 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  04/04/2019            By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE | 1229-000 | 26,653.05 |
| **TOTAL GROSS RECEIPTS** | | **$26,653.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LYNN RENAE AUGUSTINE-BRITTON | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 9,829.03 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,829.03** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA KROL | 2100-000 | NA | 2,432.08 | 2,432.08 | 2,432.08 |
| TRUSTEE EXPENSES:GINA KROL | 2200-000 | NA | 14.52 | 14.52 | 14.52 |
| ASSOCIATED BANK | 2600-000 | NA | 89.15 | 89.15 | 89.15 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,535.75 | $ 2,535.75 | $ 2,535.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 2,116.60 | 2,116.60 | 2,116.60 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 752.30 | 752.30 | 752.30 |
| 000005 | CAPITAL ONE, N.A. | 7100-900 | NA | 2,409.25 | 2,409.25 | 2,409.25 |
| 000002 | CAVALRY SPV I, LLC | 7100-900 | NA | 800.64 | 800.64 | 800.64 |
| 000009 | CENTRAL DUPAGE FOOT & ANKLE SPECIAL | 7100-900 | NA | 120.00 | 120.00 | 120.00 |
| 000010 | CITIBANK | 7100-900 | NA | 567.00 | 567.00 | 0.00 |
| 000011 | KOHLSCAPONE | 7100-900 | NA | 2,409.00 | 2,409.00 | 0.00 |
| 000006 | MERRICK BANK | 7100-900 | NA | 853.78 | 853.78 | 853.78 |
| 000008 | MIDLAND FUNDING, LLC | 7100-900 | NA | 1,019.97 | 1,019.97 | 1,019.97 |
| 000012 | SYNCB/CAR CARE DISC TI | 7100-900 | NA | 1,814.00 | 1,814.00 | 1,814.00 |
| 000001 | TD BANK, USA | 7100-900 | NA | 1,002.74 | 1,002.74 | 1,002.74 |
| 000013 | U.S BANK | 7100-901 | NA | 819.00 | 819.00 | 819.00 |
| 000014 | U.S BANK | 7100-901 | NA | 1,344.00 | 1,344.00 | 1,344.00 |
| 000007 | U.S. BANK NATIONAL ASSOCIATION | 7100-901 | NA | 1,001.25 | 1,001.25 | 1,001.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 47.93 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 40.24 |
| | CAVALRY SPV I, LLC | 7990-000 | NA | NA | NA | 13.37 |
| | CENTRAL DUPAGE FOOT & ANKLE SPECIAL | 7990-000 | NA | NA | NA | 2.00 |
| | MERRICK BANK | 7990-000 | NA | NA | NA | 14.26 |
| | MIDLAND FUNDING, LLC | 7990-000 | NA | NA | NA | 17.04 |
| | SYNCB/CAR CARE DISC TI | 7990-000 | NA | NA | NA | 30.30 |
| | TD BANK, USA | 7990-000 | NA | NA | NA | 16.75 |
| | CLERK OF US BANKRUPTCY COURT | 7990-001 | NA | NA | NA | 52.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 17,029.53 | $ 17,029.53 | $ 14,288.27 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-27981 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | | | Date Filed (f) or Converted (c): | 09/19/17 (f) |
| | | | | 341(a) Meeting Date: | 10/17/17 |
| For Period Ending: | 04/04/19 | | | Claims Bar Date: | 08/24/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2006 VW Beetle | 1,800.00 | 0.00 | | 0.00 | FA |
| 2. 2008 Ford Escape | 3,300.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 8. US Bank Checking | 40.00 | 0.00 | | 0.00 | FA |
| 9. US Bank Savings | 50.00 | 0.00 | | 0.00 | FA |
| 10. INHERITANCE (u) | Unknown | 24,653.05 | | 26,653.05 | FA |

TOTALS (Excluding Unknown Values)   $7,040.00   $24,653.05   $26,653.05   

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Revised TFR sent to UST for review
October 23, 2018, 03:17 pm

Trustee sent TFR to UST for review.  In the interim, Debtor came forward to identify duplicate claims.  Trustee had to rescind TFR.  Trustee iss working up new TFR.
October 19, 2018, 01:59 pm

Initial Projected Date of Final Report (TFR): 12/31/19     Current Projected Date of Final Report (TFR): 01/31/19

LFORM1                                                                                                                                    Ver: 22.01
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Case 17-27981    Doc 37    Filed 05/02/19    Entered 05/02/19 09:41:27    Desc Main
Document      Page 8 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 17-27981    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | Date Filed (f) or Converted (c): | 09/19/17 (f) |
| | | 341(a) Meeting Date: | 10/17/17 |
| | | Claims Bar Date: | 08/24/18 |

/s/    GINA B. KROL
_____ Date: 04/04/19
     GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-27981 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8242 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0035 | | | |
| For Period Ending: | 04/04/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/25/18 | 10 | Lynn R. Augustine | Inheritance | 1229-000 | 26,653.05 | | 26,653.05 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 26,643.05 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.60 | 26,603.45 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.55 | 26,563.90 |
| 10/31/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 26,563.90 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 26,653.05 | 26,653.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 26,563.90 | |
| Subtotal | 26,653.05 | 89.15 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 26,653.05 | 89.15 | |

Page Subtotals  26,653.05  26,653.05

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 17-27981 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0118 Checking Account |
| Taxpayer ID No: | *******0035 | | |
| For Period Ending: | 04/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 26,563.90 | | 26,563.90 |
| 11/30/18 | 002001 | Gina Krol<br>105 W. Madison St.<br>Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 2,432.08 | 24,131.82 |
| 11/30/18 | 002002 | Gina Krol<br>105 W. Madison St.<br>Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Expenses | 2200-000 | | 14.52 | 24,117.30 |
| 11/30/18 | 002003 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Final Distribution<br><br>Claim 1,002.74<br>Interest 16.75 | <br><br>7100-900<br>7990-000 | | 1,019.49 | 23,097.81 |
| 11/30/18 | 002004 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(2-1) Cavalry SPV I, LLC as<br>assignee of Synchrony Bank/Care Credit<br>Claim 800.64<br>Interest 13.37 | <br><br><br>7100-900<br>7990-000 | | 814.01 | 22,283.80 |
| 11/30/18 | 002005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution<br><br>Claim 2,116.60<br>Interest 35.36 | <br><br>7100-900<br>7990-000 | | 2,151.96 | 20,131.84 |
| 11/30/18 | 002006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | | | 764.87 | 19,366.97 |

Page Subtotals     26,563.90     7,196.93

Ver: 22.01

FORM 2 | Page: 3
Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-27981 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0118  Checking Account |
| Taxpayer ID No: | *******0035 | | |
| For Period Ending: | 04/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/30/18 | 002007 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim    752.30<br>Interest  12.57<br>Final Distribution | 7100-900<br>7990-000 | | 2,449.49 | 16,917.48 |
| 11/30/18 | 002008 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim    2,409.25<br>Interest  40.24<br>Final Distribution | 7100-900<br>7990-000 | | 868.04 | 16,049.44 |
| * 11/30/18 | 002009 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St Louis, MO 63166-0108 | Claim    853.78<br>Interest  14.26<br>Final Distribution | 7100-900<br>7990-000 | | 1,017.97 | 15,031.47 |
| 11/30/18 | 002010 | Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Claim    1,001.25<br>Interest  16.72<br>Final Distribution<br>(8-1) Account Number (last 4 digits):6014 | 7100-903<br>7990-003 | | 1,037.01 | 13,994.46 |
| 11/30/18 | 002011 | Central Dupage Foot & Ankle Specialists PC | Claim    1,019.97<br>Interest  17.04<br>Final Distribution | 7100-900<br>7990-000 | | 122.00 | 13,872.46 |

Page Subtotals       0.00       5,494.51

Ver: 22.01

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4
Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-27981 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0118  Checking Account |
| Taxpayer ID No: | *******0035 | | |
| For Period Ending: | 04/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/18 | 002012 | Syncb/Car Care Disc TI<br>PO BOX 14687<br>Scottsdale, AZ 85267<br><br>Claim      120.00      7100-900<br>Interest      2.00      7990-000<br>Final Distribution | | | 1,844.30 | 12,028.16 |
| * 11/30/18 | 002013 | U.S Bank<br>PO. Box 965036<br>Orlando, FL 32896<br><br>Claim      1,814.00      7100-900<br>Interest      30.30      7990-000<br>Final Distribution | | | 832.68 | 11,195.48 |
| * 11/30/18 | 002014 | U.S Bank<br>P.O. Box 108<br>Saint Louis, MO 63166<br><br>Claim      819.00      7100-903<br>Interest      13.68      7990-003<br>Final Distribution | | | 1,366.45 | 9,829.03 |
| 11/30/18 | 002015 | LYNN RENAE AUGUSTINE-BRITTON<br>4325 BAYHEAD CT<br>APT# 3C<br>AURORA, IL  60504<br><br>Claim      1,344.00      7100-903<br>Interest      22.45      7990-003<br>Final Distribution<br>Surplus Funds / 8200-002 | | | 9,829.03 | 0.00 |
| * 03/18/19 | 002009 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St Louis, MO 63166-0108<br><br>Claim    ( 1,001.25 )    7100-903<br>Interest    ( 16.72)      7990-003<br>Final Distribution | | | -1,017.97 | 1,017.97 |

Page Subtotals        0.00        12,854.49

Ver: 22.01

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-27981 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0118  Checking Account |
| Taxpayer ID No: | *******0035 | | |
| For Period Ending: | 04/04/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * 03/18/19 | 002013 | U.S Bank<br>P.O. Box 108<br>Saint Louis, MO 63166 | Final Distribution | | | -832.68 | 1,850.65 |
| | | | Claim     ( 819.00 ) | 7100-903 | | | |
| | | | Interest    ( 13.68) | 7990-003 | | | |
| * 03/18/19 | 002014 | U.S Bank<br>P.O. Box 108<br>Saint Louis, MO 63166 | Final Distribution | | | -1,366.45 | 3,217.10 |
| | | | Claim     ( 1,344.00 ) | 7100-903 | | | |
| | | | Interest    ( 22.45) | 7990-003 | | | |
| 03/18/19 | 002016 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>================================<br>  14        000014         1,344.00<br>                            22.45 | <br><br><br><br>7100-901<br>7990-001 | | 1,366.45 | 1,850.65 |
| 03/18/19 | 002017 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>================================<br>  13        000013         819.00<br>                            13.68 | <br><br><br><br>7100-901<br>7990-001 | | 832.68 | 1,017.97 |
| 03/18/19 | 002018 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Final Distribution<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>================================<br>   7        000007         1,001.25<br>                            16.72 | <br><br><br><br>7100-901<br>7990-001 | | 1,017.97 | 0.00 |

Page Subtotals         0.00         1,017.97

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 17-27981 -JSB |
| Case Name: | AUGUSTINE-BRITTON, LYNN RENAE |
| Taxpayer ID No: | *******0035 |
| For Period Ending: | 04/04/19 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0118  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 26,563.90 | 26,563.90 | 0.00 |
| Less: Bank Transfers/CD's | 26,563.90 | 0.00 | |
| Subtotal | 0.00 | 26,563.90 | |
| Less: Payments to Debtors | | 9,829.03 | |
| Net | 0.00 | 16,734.87 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8242 | 26,653.05 | 89.15 | 0.00 |
| Checking Account - ********0118 | 0.00 | 16,734.87 | 0.00 |
| | 26,653.05 | 16,824.02 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 22.01